Guy WILLIAMS, Appellant,

v.

Alma FLORES, Appellee.

No. 13–01–545–CV.

Court of Appeals of Texas,
Corpus Christi-Edinburg.

Oct. 25, 2001.

Guy Williams, Corpus.Christi, pro se.

Hector Gonzalez, Corpus Christi, for appellee.

Before DORSEY, RODRIGUEZ, and CASTILLO, JJ.

## OPINION

PER CURIAM.

Appellant, GUY WILLIAMS, attempted to perfect an appeal from a judgment entered by County Court at Law No. One of Nueces County, Texas, in cause number 97–61451–1. Judgment in this cause was signed on April 27, 2001. An untimely motion for new trial was filed on May 31, 2001. Pursuant to Tex.R.App. P. 26.1, appellant's notice of appeal was due on May 29, 2001, but was not filed until August 7, 2001.

Notice of this defect was given so that steps could be taken to correct the defect, if it could be done. Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of this Court's letter, the appeal would be dismissed. An untimely motion for leave to file notice of appeal was filed on August 13, 2001.

The Court, having examined and fully considered the documents on file, appellant's failure to timely perfect his appeal, and appellant's untimely motion for leave to file notice of appeal, is of the opinion that appellant's untimely motion should be denied, and the appeal should be dismissed for want of jurisdiction. Appellant's untimely motion for leave to file notice of appeal is denied. The appeal is hereby DISMISSED FOR WANT OF JURISDICTION.